AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Oscar Alfredo Rivas-Mendez<br>and<br>Yoselyn Sanchez-Estrada<br><br>*Defendant(s)* | Case No. 3:25-mj-00027 |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 29, 2025** in the county of **Multnomah** in the _____ District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 | Possession with intent to distribute fentanyl, a Schedule II controlled substance; and,<br>Conspiracy to distribute and possess with intent to distribute fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Task Force Officer Jason T. Buelt.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Jason T. Buelt, Task Force Officer, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:00 p.m

Date: 01/30/2025

[signature]
*Judge's signature*

City and state: Portland, Oregon            Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*